NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BLUE ANGEL ENTERPRISES, INC.,     )
d/b/a BLUE ANGEL RESIDENCES,      )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D19-3810
                                  )
AGENCY FOR HEALTH CARE            )
ADMINISTRATION,                   )
                                  )
          Appellee.               )
_____ )

Opinion filed September 25, 2020.

Appeal from the Agency For Health Care
Administration.

Frank Bane of Frank Bane Law, St.
Petersburg, for Appellant.

Nicholas A. Merlin, Senior Attorney,
Tallahassee, for Appellee Agency for
Health Care Administration.

PER CURIAM.

          Affirmed.

CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., and CASE, JAMES R., ASSOCIATE
SENIOR JUDGE, Concur.